The next case on the calendar is Sullivan v. City of New York. Sullivan v. City of New York. Sullivan v. City of New York. Sullivan v. City of New York. May it please the court, fey Ng for the city of New York and the individual officers. In light of appellant's absence the city would rest on our brief which we believe set forth why the district court promptly dismissed the complaint with the finding of probable cause. But I am here to address any questions the court may have with respect to the city appellees. Do you represent the appellee? Yes. Is Mr. Sullivan here? No, Mr. Sullivan is not here. Mr. Sullivan has not appeared. Thank you for appearing today and for being so patient with the calendar. If there are no questions from my colleague, we will take the matter on submission. Thank you. I think that's the last case on the calendar so I will ask the clerk to adjourn court. I'm a different appellee. Oh, I'm sorry. Okay. I represent the New York City criminal justice agency. Yes, the criminal justice agency. And I would do the same thing as the city if your honors have any questions for us. Otherwise we'd rest on the papers. And I will take both of your briefs and the appellate's brief on submission. Thank you.